```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 05692
   FREDRICK D CARTER
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

            Debtor
   SSN XXX-XX-9690


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 03/11/2008 and was not confirmed.

     The case was dismissed without confirmation 09/29/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
CAPITAL ONE                UNSECURED            549.20          .00            .00
DEUTSCHE BANK NATIONAL T   NOTICE ONLY      NOT FILED           .00            .00
CITI RESIDENTIAL LENDING   NOTICE ONLY      NOT FILED           .00            .00
AIR TRANS                  PRIORITY         NOT FILED           .00            .00
ASPIRE                     PRIORITY         NOT FILED           .00            .00
DIRECT MERCHANTS BANK      PRIORITY         NOT FILED           .00            .00
HOUSEHOLD BANK             PRIORITY         NOT FILED           .00            .00
GE MONEY BANK              UNSECURED        NOT FILED           .00            .00
NEXTEL                     NOTICE ONLY      NOT FILED           .00            .00
CAPITAL ONE BANK           NOTICE ONLY      NOT FILED           .00            .00
GMAC MORTGAGE CORPORATIO   UNSECURED        NOT FILED           .00            .00
COUNTRY DOOR               NOTICE ONLY      NOT FILED           .00            .00
CROSSING POINTE            UNSECURED        NOT FILED           .00            .00
WEST SUBURBAN PHYSICIAN    UNSECURED        NOT FILED           .00            .00
FISL                       NOTICE ONLY      NOT FILED           .00            .00
FIGIS INC                  UNSECURED        NOT FILED           .00            .00
GINNYS                     UNSECURED        NOT FILED           .00            .00
LVNV FUNDING               UNSECURED            524.13          .00            .00
MERRICK BANK               NOTICE ONLY      NOT FILED           .00            .00
MIDNIGHT VELVET            NOTICE ONLY      NOT FILED           .00            .00
MONROE & MAIN              NOTICE ONLY      NOT FILED           .00            .00
ARONSON                    NOTICE ONLY      NOT FILED           .00            .00
COMMONWEALTH EDISON        UNSECURED        NOT FILED           .00            .00
HSBC CREDIT SERVICE INC    NOTICE ONLY      NOT FILED           .00            .00
SALLIE MAE SERVICING COR   NOTICE ONLY      NOT FILED           .00            .00
SEVENTH AVENUE             UNSECURED        NOT FILED           .00            .00
SWISS COLONY               NOTICE ONLY      NOT FILED           .00            .00
WASHINGTON MUTUAL PROVID   NOTICE ONLY      NOT FILED           .00            .00
WELLS FARGO FINANCIAL AC   UNSECURED        NOT FILED           .00            .00
EVERETT R OLIVER           NOTICE ONLY      NOT FILED           .00            .00
CITI RESIDENTIAL LENDING   CURRENT MORTG          .00           .00            .00
CITI RESIDENTIAL LENDING   SECURED NOT I     28369.88           .00            .00
ILLINOIS DEPT OF REVENUE   SECURED NOT I     62304.06           .00            .00
ILLINOIS DEPT OF REVENUE   PRIORITY         159496.59           .00            .00
ILLINOIS DEPT OF REVENUE   UNSECURED         22573.28           .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 05692 FREDRICK D CARTER
```

```
ILLINOIS DEPT OF REVENUE  PRIORITY           2036.49              .00            .00
ILLINOIS DEPT OF REVENUE  UNSECURED           989.62              .00            .00
INTERNAL REVENUE SERVICE  SECURED NOT I  NOT FILED                .00            .00
AIR TRANS                 UNSECURED      NOT FILED                .00            .00
ASPIRE                    UNSECURED      NOT FILED                .00            .00
DIRECT MERCHANTS          UNSECURED      NOT FILED                .00            .00
HOUSEHOLD BANK            UNSECURED      NOT FILED                .00            .00
PRO SE DEBTOR             DEBTOR ATTY          .00                               .00
TOM VAUGHN                TRUSTEE                                                .00
DEBTOR REFUND             REFUND                                            2,160.00
```

       Summary of Receipts and Disbursements:
```
-------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 2,160.00

PRIORITY                                                .00
SECURED                                                 .00
UNSECURED                                               .00
ADMINISTRATIVE                                          .00
TRUSTEE COMPENSATION                                    .00
DEBTOR REFUND                                      2,160.00
                        ---------------    ---------------
TOTALS                  2,160.00                   2,160.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
   Dated: 12/22/08              _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE




                          PAGE   2
         CASE NO. 08 B 05692 FREDRICK D CARTER